AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

EASTERN   DISTRICT OF   VIRGINIA

UNITED STATES OF AMERICA

v.

**Brandy Anderson**

## UNDER SEAL

WARRANT FOR ARREST

CASE NUMBER: 1:08mj604



To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Brandy Anderson___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to Commit Bank Fraud

in violation of Title __18__   United States Code, Section(s) __1349__

___John F. Anderson___
Name of Issuing Officer

/s/
John F. Anderson
United States Magistrate Judge

___United States Magistrate Judge___
Title of Issuing Officer

___August 4, 2008 Alexandria, Virginia___
Date and Location

_____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

3

# United States District Court

__EASTERN__ DISTRICT OF __VIRGINIA__

UNITED STATES OF AMERICA

v.

**Henry Obilo**

**UNDER SEAL**

WARRANT FOR ARREST

CASE NUMBER: 1:08mj604



To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Henry Obilo___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to Commit Bank Fraud

in violation of Title __18__ United States Code, Section(s) __1349__

JOHN F. ANDERSON
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

/s/
John F. Anderson
United States Magistrate Judge

AUGUST 4, 2008 ALEXANDRIA, VIRGINIA
Date and Location

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
### EASTERN   DISTRICT OF   VIRGINIA

**UNDER SEAL**

UNITED STATES OF AMERICA

v.

**Chikezie Onwumere**

**WARRANT FOR ARREST**

CASE NUMBER: 1:08mj604



COPY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Chikezie Onwumere_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to Commit Bank Fraud

in violation of Title ___18___   United States Code, Section(s) ___1349___

JOHN F. ANDERSON
Name of Issuing Officer

/s/
John F. Anderson
United States Magistrate Judge

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

AUGUST 4, 2008   ALEXANDRIA, VIRGINIA
Date and Location

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

EASTERN   DISTRICT OF   VIRGINIA

| UNITED STATES OF AMERICA | **UNDER SEAL** |
|---|---|
| V. | WARRANT FOR ARREST |
| Ogechukwu Charles Anyakee | CASE NUMBER: 1:08mj604 |



To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Ogechukwu Charles Anyakee
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to Commit Bank Fraud

in violation of Title __18__      United States Code, Section(s) __1349__

JOHN F. ANDERSON
Name of Issuing Officer

/s/
John F. Anderson
United States Magistrate Judge

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

AUGUST 4, 2008   ALEXANDRIA, VIRGINIA
Date and Location

_____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

<u>EASTERN</u>     DISTRICT OF     <u>VIRGINIA</u>

UNITED STATES OF AMERICA

v.

**Obinna Orji**

**UNDER SEAL**

**WARRANT FOR ARREST**

CASE NUMBER: 1:08mj604



To: The United States Marshal
 and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     <u>Obinna Orji</u>
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to Commit Bank Fraud

in violation of Title     <u>18</u>     United States Code, Section(s)     <u>1349</u>

<u>JOHN F. ANDERSON</u>
Name of Issuing Officer

/s/
John F. Anderson
United States Magistrate Judge

<u>UNITED STATES MAGISTRATE JUDGE</u>
Title of Issuing Officer

<u>AUGUST 4, 2008   ALEXANDRIA, VIRGINIA</u>
Date and Location

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |